ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE SANDOVAL, ) | Case No. CV 09-04659 CJC (AN) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| ARNOLD SCHWARZENEGGER, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Order.

DATED: August 21, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY